# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SREAM INC., et al., | ) Case No.: 1:18-cv-0994 - DAD – JLT |
| Plaintiffs, | ) ORDER AFTER NOTICE OF SETTLEMENT |
| v. | ) (Doc. 16) |
| SARAHA CORP., | ) |
| Defendant. | ) |

The plaintiffs report they have settled the matter. (Doc. 16) They indicate they will seek dismissal of the action soon. Id. at 2. Thus, the Court **ORDERS**:

1. The stipulation to dismiss the action **SHALL** be filed **no later than November 9, 2018**;
2. All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

Dated: **October 29, 2018**         **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE