# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SREAM INC., et al., | ) Case No.: 1:18-cv-0994 - DAD – JLT |
| Plaintiffs, | ) ORDER CLOSING CASE |
| v. | ) |
| SARAHA CORP., | ) |
| Defendant. | ) |

The plaintiffs report they have settled the matter and have filed a voluntary dismissal. (Doc. No defendant has appeared in this action. Thus, according to Fed. R. Civ.P. 41, the dismissal is effective without an order of the Court. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Therefore, the Clerk of the Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated: **October 31, 2018**    **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE